# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>JOSE MEDINA AND LIZETTE DELATORRE<br><br>               Defendants. | CASE NO. CR-09-00781 SBA<br><br>**ORDER** |

GOOD CAUSE APPEARING, and pursuant to the stipulation of defendants Jose Medina and Lizette Delatorre and the government, IT IS HEREBY ORDERED that the status conference in the above-captioned matter be reset before the Honorable Sandra B. Armstrong, United States District Judge, to September 7, 2010 at 9 a.m.

IT IS FURTHER ORDERED that the time from August 5, 2010 to September 7, 2010 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 USC § 3161(h)(7)(A) and (B)(iv), for adequate preparation of counsel and continuity of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested

United States v. Jose Medina and Lizette Delatorre, CR-09-00781 SBA

continuance would unreasonably deny continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

Dated:  August _20, 2010

By: _____
HON. SAUNDRA B. ARMSTRONG
U.S. DISTRICT COURT JUDGE
Northern District of California

United States v.  Jose Medina and Lizette Delatorre, CR-09-00781 SBA

5