# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JOSE MEDINA AND LIZETTE DELATORRE<br><br>                    Defendants. | CASE NO. CR-09-00781 SBA<br><br>[PROPOSED] ORDER |

GOOD CAUSE APPEARING, and pursuant to the stipulation of defendants Jose Medina and Lizette Delatorre and the government, IT IS HEREBY ORDERED that the status conference in the above-captioned matter, currently scheduled for October 12, 2010, be reset before the Honorable Sandra B. Armstrong, United States District Judge, to November 16, 2010 at 11 a.m.

IT IS FURTHER ORDERED that the time from October 12, 2010 to November 16, 2010 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 USC § 3161(h)(7)(A) and (B)(iv), for adequate preparation of counsel and continuity of counsel.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny continuity of counsel

///

United States v.  Jose Medina and Lizette Delatorre, CR-09-00781 SBA

4

and would deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

Dated: October _12_ 2010

By: *Saundra B. Armstrong*
HON. SAUNDRA B. ARMSTRONG
U.S. DISTRICT COURT JUDGE
Northern District of California

United States v. Jose Medina and Lizette Delatorre, CR-09-00781 SBA

5