RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
Law Chambers Building
345 Franklin Street, 3rd Floor
San Francisco, CA 94102
Telephone: (415) 655-1969
Facsimile:  (415) 887-7658
rtamor@TamorLaw.com

Attorneys for Defendant,
LIZETTE DELATORRE

HARRIS B. TABACK
LAW OFFICES OF HARRIS B. TABACK
Law Chambers Building
345 Franklin Street, Suite 102
San Francisco, California 94102
Telephone:   (415) 241-1400
Facsimile:   (415) 565-0100

Attorneys for Defendant
JOSE MEDINA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE MEDINA AND LIZETTE DELATORRE<br><br>　　　　　　　　Defendants. | CASE NO. CR-09-00781 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXCLUSION OF TIME** |

///

United States v.  Jose Medina and Lizette Delatorre, CR-09-00781 SBA

The parties in the above-captioned case, through their counsel of record, and government's counsel, with the consent of Defendants Jose Medina and Lizette Delatorre, hereby request to continue the status conference from November 16, 2010 to December 1, 2010 at 10:45 a.m. for change of plea in front of the United States Magistrate Judge and to exclude the time from November 16, 2010 to December 1, 2010.

Harris B. Taback, counsel for Mr. Medina, requests an exclusion of time based on the need to complete a defense investigation of the allegations contained in the prosecutions evidence as to the role of defendant Medina so that counsel can provide effective representation

Richard A. Tamor, counsel for Ms. Delatorre, requests an exclusion of time based on his need for further investigation into matters related to the defense in this matter.  In addition, Ms. Delatorre is due to have child birth induced on Wednesday November 17, 2010, with a Pre-Op on Tuesday November 16, 2010.  Due to difficulties with her pregnancy, Ms. Delatorre cannot drive and can now barely move.

Thus, Counsel for both defendants request an exclusion of time under the Speedy Trial Act for effective preparation of counsel and of the defense and for continuity and availability of counsel, and because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  The government does not object to such an exclusion.

IT IS SO STIPULATED.

///

United States v.  Jose Medina and Lizette Delatorre, CR-09-00781 SBA

Dated:  November 11, 2010        LAW OFFICES OF HARRIS B. TABACK

BY:        /S/
    ───────────────────────────
         HARRIS B. TABACK

ATTORNEYS FOR DEFENDANT JOSE MEDINA


Dated:  November 11, 2010        TAMOR & TAMOR

By:        /S/
    ───────────────────────────
         RICHARD TAMOR

ATTORNEYS FOR DEFENDANT LIZETTE DELATORRE


Dated: November 11, 2010         MELINDA HAAG
                                 UNITED STATES ATTORNEY


By:        /S/
    ───────────────────────────
         DEBORAH DOUGLAS

ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE UNITED STATES.

United States v. Jose Medina and Lizette Delatorre, CR-09-00781 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br>v.<br>JOSE MEDINA AND LIZETTE DELATORRE<br>           Defendants. | CASE NO. CR-09-00781 SBA<br><br>[PROPOSED] ORDER |

   GOOD CAUSE APPEARING, and pursuant to the stipulation of defendants Jose Medina and Lizette Delatorre and the government, IT IS HEREBY ORDERED that the status conference in the above-captioned matter, currently scheduled for November 16, 2010, is vacated and this matter is rescheduled before the United States Magistrate Judge, on December 1, 2010 at ~~10:45~~ a.m. for Change of Plea.     10:00 a.m.

   IT IS FURTHER ORDERED that the time from November 16, 2010 to December 1, 2010 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 USC § 3161(h)(7)(A) and (B)(iv), for adequate preparation of counsel and continuity of counsel.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny continuity of counse and would deny

United States v. Jose Medina and Lizette Delatorre, CR-09-00781 SBA

1  counsel the reasonable time necessary for effective preparation, taking into account
2  due diligence.
3
4  Dated: November, 16  2010
5
6
7                                            By: /s/ LB
                                                HON. LAUREL BEELER
                                                U.S. MAGISTRATE JUDGE
8                                               Northern District of California
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

United States v. Jose Medina and Lizette Delatorre, CR-09-00781 SBA