MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-7200
Facsimile: (415) 436-7234
E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR09-00781 SBA |
| Plaintiff, ) | ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| v. ) | |
| JOSE HERNAN ANGOLO MEDINA, ) | |
| Defendant. ) | |

On December 1, 2010, the defendant appeared before the Honorable Donna M. Ryu, United States Magistrate Judge, at a status hearing and this matter was continued to December 13, 2010 at 10 a.m. for further status. For the reasons stated in open court on December 1, 2010, the Court excluded time under the Speedy Trial Act from December 1, 2010 through December 13, 2010 to resolve defendant's request for court-appointed counsel and for continuity of counsel. The Court found that (A) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of

//

//

//

1 | due diligence and continuity of counsel; and (B) the ends of justice served by the
2 | continuance outweigh the best interests of the public and the defendant in a speedy trial.  *See* 18
3 | U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

**IT IS SO ORDERED.**

Dated: December  2 , 2010           _____
                                    HONORABLE DONNA M. RYU
                                    United States Magistrate Judge